# ATTACHMENT A

TIMOTHY COURCHAINE
United States Attorney
District of Arizona

RACHEL E. NAVA
Assistant United States Attorney
Arizona State Bar No. 030630
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: Rachel.Nava@usdoj.gov
*Attorney for Plaintiff*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>                    Plaintiff,<br><br>          vs.<br><br>Jesus Antonio Burgos-Lopez,<br><br>                    Defendant. | No. CR-25-01394-PHX-SHD<br><br>**I N D I C T M E N T**<br><br>VIO:   8 U.S.C. § 1326(a)<br>         (Reentry of Removed Alien) |

**THE GRAND JURY CHARGES:**

On or about September 27, 2025, at or near Phoenix, in the District of Arizona, the defendant, JESUS ANTONIO BURGOS-LOPEZ, an alien, was found in the United States after having been previously denied admission, excluded, deported, and removed from the United States at or near Nogales, Arizona, on or about September 24, 2020, and not having obtained the express consent of the Attorney General or the Secretary of Homeland Security to reapply for admission to the United States.

//

//

//

//

- 2 -

1   In violation of Title 8, United States Code, Section 1326(a).

A TRUE BILL

/s/
FOREPERSON OF THE GRAND JURY
Date: October 7, 2025

TIMOTHY COURCHAINE
United States Attorney
District of Arizona


/s/
RACHEL E. NAVA
Assistant U.S. Attorney