**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>  Plaintiff,<br><br>v.<br><br>Jesus Antonio Burgos-Lopez,<br><br>  Defendant. | No. CR-25-01394-001-PHX-SHD<br><br>**ORDER** |

Pending before the Court is the Government's motion to compel Defendant Jesus Antonio Burgos-Lopez to submit to fingerprinting at the Final Pretrial Conference. (Doc. 30.)  Burgos-Lopez objects to the motion.  (Doc. 32.)

The government may "require the defendant to submit new fingerprint exemplars to establish his identity at trial." *United States v. Garcia-Beltran*, 443 F.3d 1126, 1134 (9th Cir. 2006); *see also United States v. Ortiz-Hernandez*, 427 F.3d 567, 577 (9th Cir. 2005) (holding that the district court erred in denying the government's motion to compel the defendant "to provide a new set of fingerprint exemplars during pre-trial proceedings"). Such a requirement does not infringe on the defendant's Fifth Amendment rights. *See e.g.*, *Schmerber v. California*, 384 U.S. 757, 764 (1966); *United States v. Payne*, 99 F.4th 495, 512–13 (9th Cir. 2024).  Accordingly, the Court will grant the government's motion to compel and will allow the Government to collect Burgos-Lopez's fingerprints at the Final Pretrial Conference.

The Court reserves ruling, however, on Burgos-Lopez's motion to exclude the

expert testimony of the Government's proposed fingerprint expert, (Doc. 33), and will hear oral argument on that motion at the Final Pretrial Conference.

**IT IS ORDERED** granting the Government's motion to compel, (Doc. 30). Burgos-Lopez shall submit to fingerprinting at the Final Pretrial Conference on January 6, 2026, at 10:00am.

Dated this 2nd day of January, 2026.

_____
Honorable Sharad H. Desai
United States District Judge