☒ FILED ☐ LODGED

**Jan 13 2026**

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | **No. CR-25-01394-PHX-SHD** |
| Plaintiff, | |
| v. | **V E R D I C T   F O R M** |
| Jesus Antonio Burgos-Lopez, | |
| Defendant. | |

We, the Jury, find the defendant, Jesus Antonio Burgos-Lopez:

_Guilty_____ as charged in Count One of the Indictment of
Guilty / Not Guilty          Reentry of Removed Alien

_1·13·26_____            _4_____
DATE                         Presiding Juror Number

2