**UNITED STATES DISTRICT COURT OF ARIZONA – PHOENIX**

| | |
|---|---|
| **United States District Judge:** Sharad H. Desai | **Date:** March 2, 2026 |
| USA v. Jesus Antonio Burgos-Lopez | Case Number: CR-25-01394-001-PHX-SHD |

To: United States Marshal Service:

Re: CR-25-01394-001-PHX-SHD

Presiding Judge: Sharad H. Desai, United States District Judge

**The United States Marshal is authorized to release:**

**Defendant: Jesus Antonio Burgos-Lopez (USMS# 13728-512)**

From custody pursuant to the court hearing held this date:

        Bureau of Prisons Plus Credit for Time Served

        Bond

**X**    Time Served

        Probation or Supervised Release

        Dismissal

        Special Assessment Payable:

Debra D. Lucas, DCE/Clerk of Court

BY: s/Robert Vasquez, Deputy Clerk

March 2, 2026
Date

Copy provided to USMS by email on **3/2/2026**.